Mollie HOSEA, Fleta Mae Hosea, Floyd Ann Hosea, Plaintiffs–Appellants,

v.

Sheriff Jesse LANGLEY, Tommie Reese, Bryan Jones, Lee Lawrence, Leroy Rodgers, et al., Defendants–Appellees,

William Goodwin, et al., Defendants.

No. 06–11784.

United States Court of Appeals, Eleventh Circuit.

Feb. 2, 2007.

Roderick Dale Graham, Graham and Associates, Birmingham, AL, for Plaintiffs–Appellants.

Amanda Kay Morgan, Kendrick Emerson Webb, Bart Gregory Harmon, Webb & Eley, P.C., Montgomery, AL, Woodford W. Dinning, Jr., Lloyd, Dinning, Boggs & Dinning, Demopolis, AL, for Defendants–Appellees.

Before DUBINA, CARNES and PRYOR, Circuit Judges.

PER CURIAM:

The judgment of the district court is affirmed on the basis of that court's painstakingly thorough and well-reasoned order of February 7, 2006. All of the arguments that the appellants have raised before us are adequately answered in the district court's order and no purpose would be served by repeating here what is said there.

This affirmance is without prejudice to the state law claims which the district court dismissed without prejudice.

AFFIRMED.